UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RODOLFO CHAVEZ,<br><br>           Defendant. | No. 2:23-cr-00141-SPG<br><br>ORDER CONTINUING TRIAL DATE AND <u>FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL</u> ACT<br><br>**TRIAL DATE:    6-11-24**<br>**STATUS CONF.: 5-22-24** |

   The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on February 9, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from March 12, 2024, to June 11, 2024 at 8:30 a.m. The status conference hearing is continued to May 22, 2024 at 9:30 a.m.

2. The time period of March 12, 2024, to June 11, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

4. However, the parties should not expect a further continuance. This is now the third continuance, and the Court grants it with the understanding that counsel have considered, the amount of discovery involved in the case and time necessary to prepare the matter for trial and their schedules and have selected the proposed dates, now accepted by the Court, when they will be prepared and

available, after taking into account conflicting commitments.  If another continuance is requested, counsel shall provide a declaration explaining in detail why additional time is needed, given the prior continuances; why counsel is not available, if applicable, and why counsel believed they would be available when submitting this continuance request; and what unforeseen and unavoidable events occurred in the interim.  The parties will be required to appear in Courtroom 5C to address any further continuance request.

    IT IS SO ORDERED.

February 12, 2024
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

3